FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-54107 | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | HOSKING, JEFFREY SHAWN | Date Filed (f) or Converted (c): | 06/23/2016 (f) |
| For the Period Ending: | 10/24/2016 | §341(a) Meeting Date: | 08/02/2016 |
| | | Claims Bar Date: | 10/31/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4860 Oldbridge Drive, Columbus, Ohio | $2,500,000.00 | $350,000.00 | | $0.00 | $2,500,000.00 |
| 2 | 2008 Honda Accord | $5,000.00 | $1,225.00 | | $0.00 | $5,000.00 |
| 3 | Household goods and furnishings | $20,000.00 | $7,375.00 | | $0.00 | $20,000.00 |
| 4 | Electronics | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 5 | Gym equipment | $2,500.00 | $2,500.00 | | $0.00 | $2,500.00 |
| 6 | Guns | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry | $20.00 | $0.00 | | $0.00 | FA |
| 8 | Telhio savings | $500.00 | $500.00 | | $0.00 | $500.00 |
| 9 | Cash | $2,000.00 | $775.00 | | $0.00 | $2,000.00 |
| 10 | 2039 Homewood Avenue, Ashtabula, Ohio | $54,000.00 | $55,000.00 | | $6,700.00 | $48,300.00 |
| 11 | Pending claim in Trumbull County, Ohio vs. Jill Hosking, Estate of father | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$2,585,520.00     $418,375.00     $6,700.00     $2,579,300.00

**Major Activities affecting case closing:**

10/24/2016    Debtor sold a house post-petition in the amount of $55,000 located at 2039 Homewood Ave. and spent proceeds. Trustee filed a Motion for Turnover and recovered a portion of the proceeds. Trustee is seeking to recover the remaining proceeds.

Debtor is involved in a will contact and is a possible beneficiary of his father's estate. Trustee is investigating the value of the estate.

Debtor owns a piece of real property which is subject to tax liens and two mortgages. Trustee is employing a realtor to sell the property.

Trustee has subpoenaed the Debtor's bank statements for the previous four years and will determine if any additional claims can be brought against the Debtor or third parties upon review.

**Initial Projected Date Of Final Report (TFR):**    04/28/2017     **Current Projected Date Of Final Report (TFR):**    04/28/2017     /s/ SUSAN L. RHIEL

SUSAN L. RHIEL